IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REMOVAL

|  |  |
|---|---|
| United States of America, | **COURT MINUTES - CRIMINAL** |
|  | BEFORE: DOUGLAS L. MICKO |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| v. | Case No: 26-mj-19 DLM |
|  | Date: January 14, 2026 |
| Tyler Vidovic, | Video conference |
|  | Time Commenced: 3:47 p.m. |
| Defendant. | Time Concluded: 3:55 p.m. |
|  | Time in Court: 8 minutes |

APPEARANCES:

　Plaintiff: Jeanne Semivan, Assistant U.S. Attorney
　Defendant: Kate Adams, Assistant Federal Defender
　　　　X FPD　　　　X To be appointed

　　　X Advised of Rights

on　X Indictment
X **Date charges or violation filed**: January 7, 2026
X **Current Offense**: knowingly transported Minor A, an individual who had not attained the age of 18 years, in interstate commerce from Wisconsin to Minnesota, with the intent that Minor A engage in sexual activity for which any person can be charged with a criminal offense, namely, sexual misconduct in the third degree.
X **Charges from other District:** Western District of Wisconsin
X **Title and Code of underlying offense from other District**: 18:2423(a)
X **Case no**: 26-cr-1 JDP

X Government moves for a detention hearing.　　　X Granted.
X The Court finds detention hearing authorized, temporary detention ordered.

Next appearance date is Tuesday, January 20, 2026 at 11:00 a.m. before U.S. Magistrate Judge Douglas L. Micko in Courtroom 6B (STP) for:
X Detention hrg　　X Removal hrg

Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_s/nah_
　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy